# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128667

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NIKKOLE MURDOCK,
      Plaintiff,
      Counter-Defendant-Appellee,

v

      SC: 128667
      COA: 251153
      Washtenaw CC: 02-000163-NO

DAVID J. KIRCHER,
      Defendant,
      Counter-Plaintiff-Appellant,
and

EASTERN HIGHLANDS APARTMENTS,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

t1128